IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 96-61-SLR |
| | ) |
| GEORGE YOSSIF, | ) |
| | ) |
| Defendant. | ) |

### RETURN OF TRIAL EXHIBITS

The Clerk of Court hereby returns plaintiff United States of America's trial exhibits, as listed on the attached Exhibit List, to counsel or his representative.

Receipt of the exhibits is acknowledged by:

_____
For Colm Connolly, Esq.

Date: September 19, 2007

Returned by: _____, Deputy Clerk