IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 96-61-SLR ) |
| GEORGE YOSSIF, | ) ) |
| Defendant. | ) ) |

**RETURN OF TRIAL EXHIBITS**

The Clerk of Court hereby returns defendant's trial exhibits, consisting of DTX 1, 2, and 3, to counsel or his representative.

**Receipt of the exhibits is acknowledged by:**

_____
For Edson A. Bostic, Esq.

Date: September 19, 2007

Returned by: _____, Deputy Clerk